| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
January 30, 2017
David J. Bradley, Clerk

RICHARD ALLEN HALL, §
    *Petitioner,* §
§
v. §
§ CIVIL ACTION NO. 4:16-CV-02846
LORIE DAVIS, §
Director, Texas Department of Criminal §
Justice, Correctional Institutions Division, §
    *Respondent.* §

## Order of Adoption

On December 30, 2016, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 8). No timely objections have been filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The petition for writ of habeas corpus is denied with prejudice. The court will issue a separate final judgment.

Signed _____Jan. 27_____, 2017, at Houston, Texas.

                                                      Lynn N. Hughes
                                       United States District Judge